992

No. 96–252. DCX, INC. *v.* PERRY, SECRETARY OF DEFENSE. C. A. Fed. Cir. Certiorari denied.

No. 96–279. STONEHILL ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–364. HIGHLAND IRRIGATION CO. ET AL. *v.* COLORADO EX REL. SIMPSON, STATE ENGINEER, ET AL. Sup. Ct. Colo. Certiorari denied.

No. 96–373. BROOKS ET AL. *v.* PATAKI, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–377. BRAUN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF BRAUN, DECEASED *v.* LORILLARD, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–379. KING, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–381. NEW YORK STATE THRUWAY AUTHORITY *v.* MANCUSO ET UX., INDIVIDUALLY AND ON BEHALF OF THEIR CHILDREN DEANNA AND THERESA, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–382. POWERS, NEXT FRIEND OF POWERS, A MINOR, ET AL. *v.* BAYLINER MARINE CORP. C. A. 6th Cir. Certiorari denied.

No. 96–386. HABERBUSH *v.* CLARK OIL TRADING CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–387. DODARO ET AL. *v.* CHRISTY. C. A. 3d Cir. Certiorari denied.

No. 96–391. DAILEY *v.* LTV AEROSPACE & DEFENSE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–399. FLANAGAN *v.* CAZALET ET AL. Ct. App. Ky. Certiorari denied.

No. 96–400. PAULSEN *v.* BEYOND, INC. C. A. 5th Cir. Certiorari denied.